15-2880  David Stebbins v. Boone County, AR, et al

## Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 08/26/2015

**Case Name:**    David Stebbins v. Boone County, AR, et al
**Case Number:**  15-2880

**Docket Text:**
Prisoner case docketed. [4310093] [15-2880]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Mr. Jason E Owens: owens@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,smilholland@rainfirm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Geoffrey Thompson: thompson@rainfirm.com,
fonda@rainfirm.com,smilholland@rainfirm.com