# IMMEDIATELY

## APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. **15-2880**

David Stebbins

vs.

Boone County, AR, et al

The Clerk will enter my appearance as Counsel for the following party(s):
(please specify) Defendants - Appellees Boone County, AR, Sheriff Danny Hickman

s/ Jason E. Owens
**ATTORNEY NAME**

Rainwater, Holt & Sexton
**FIRM NAME**

P.O. Box 17250
**STREET or P.O. BOX**

Little Rock, AR 72222
**CITY, STATE, ZIP**

(501) 868-2500
**OFFICE PHONE NUMBER**

(501) 868-2505
**FACSIMILE NUMBER**

owens@rainfirm.com
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

[✓] I hereby certify that on September 9, 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

[✓] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
Mr. David Stebbins, 123 W. Ridge St., Apt. D, Harrison, AR 72601

s/ Jason E. Owens