# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                                             **PLAINTIFF**

**VS.**                               **CASE NO. 15-2880**

**BOONE COUNTY, AR**                                          **DEFENDANTS**

## MOTION FOR STAY OF PROCEEDINGS

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for this Court to stay proceedings in the above-styled action.

1. Appellant has filed a "Motion for Rule 60(b) Relief of Judgment" in the District Court. See Doc. 179.

2. This motion, if granted, would terminate, at least in part, the judgment that gives this court jurisdiction to hear this appeal.

3. Appellant asks that this Court order that these proceedings be stayed while the District Court resolves that Motion.

So requested on this, the 8th day of September, 2015.

                                                                                 */s/ David Stebbins*
                                                                                   David Stebbins
                                                                                     123 W. Ridge St.,
                                                                                            APT D
                                                                     Harrison, AR 72601
                                                                      870-204-6516
                                                               stebbinsd@yahoo.com