# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
www.ca8.uscourts.gov

October 01, 2015

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

RE:  15-2880  David Stebbins v. Boone County, AR, et al

Dear Mr. Stebbins:

    Your motion for stay has been filed and will be referred to the court. Until the court has rendered a decision on the motion, the briefing schedule will be suspended. You will be advised when a revised briefing schedule is established.

    Michael E. Gans
    Clerk of Court

AMT

cc:    Mr. Jason E Owens
       Mr. Geoffrey Thompson

    District Court/Agency Case Number(s):  3:12-cv-03022-TLB