# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2880

David Anthony Stebbins

Appellant

v.

Boone County, Arkansas and Sheriff Danny Hickman

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
_____

## ORDER

Appellant's motion for temporary stay is denied. Brief of Mr. David Anthony Stebbins

due October 29, 2015.

October 08, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans