15-2880  David Stebbins v. Boone County, AR, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 10/29/2015

**Case Name:**   David Stebbins v. Boone County, AR, et al
**Case Number:**  15-2880

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins. w/service 10/29/2015 by NDA , Length: 12,750 words
**Brief of Boone County and Danny Hickman due on 11/30/2015** [4331402] [15-2880]

**The following document(s) are associated with this transaction:**
Document Description:  Appellant brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Jason E Owens: owens@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,smilholland@rainfirm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Geoffrey Thompson: thompson@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,Samantha@rainfirm.com