# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DAVID STEBBINS                                                                          APPELLANT

VS.                                         NO. : 15-2880

BOONE COUNTY ARKANSAS, ET AL.                                                 APPELLEES

## APPELLEES' MOTION FOR EXTENSION OF TIME

Come now the Appellees, and for their Motion for Extension of Time to file Appellees' Principal Brief, do state:

1. The deadline for filing Appellees' Brief is currently set for November 30, 2015.

2. Due to extensive litigation and attendant travel commitments, the undersigned counsel has been unable to complete the Appellees' Brief to date and the Appellees respectfully requests a brief extension of twenty one (21) days, until and including December 21, 2015.

3. This motion for extension is not intended for purposes of harassment nor delay and neither party will be prejudiced by the requested extension.

Wherefore, the Appellees respectfully requests an extension of twenty one (21) days, until and including December 21, 2015, in which to file their Brief.

        Respectfully submitted,

        BOONE COUNTY, ARKANSAS, and SHERIFF
        DANNY HICKMAN Boone County, Arkansas,
        Appellees

        RAINWATER, HOLT & SEXTON, P.A.
        P.O. Box 17250
        801 Technology Drive
        Little Rock, Arkansas  72222-7250
        Telephone (501) 868-2500
        Telefax (501) 868-2505
        email: owens@rainfirm.com

By:     /s/ Jason E. Owens
        Michael R. Rainwater, #79234
        Jason E. Owens, # 2003003

# CERTIFICATE OF SERVICE

   I hereby certify that on November 30, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

       /s/ Jason E. Owens
       Jason E. Owens
       Attorney for Appellees
       RAINWATER, HOLT & SEXTON, P.A.
       P.O. Box 17250
       801 Technology Drive
       Little Rock, Arkansas 72222-7250
       Telephone (501) 868-2500
       Telefax (501) 868-2505
       email: owens@rainfirm.com