# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-2880

David Anthony Stebbins

Appellant

v.

Boone County, Arkansas and Sheriff Danny Hickman

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
_____

**ORDER**

Appellees' motion for extension of time to file their brief is granted. Appellees may have until December 21, 2015 to file their brief.

November 30, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans