US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 25 2015

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS

DAVID STEBBINS                PLAINTIFF

VS.         CASE NO. 12-3022

BOONE COUNTY, AR              DEFENDANTS

## NOTICE OF APPEAL AND REQUEST FOR IFP APPLICATION

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Notice of Appeal as to the Court's order denying Appellant's Motion for Relief of Judgment (Doc. 184). Specifically, Plaintiff contends that the Court had no discretion to refuse to entertain a technically perfect motion that was properly before it simply on the grounds that he did not want to entertain it.

If Plaintiff will not already be provided leave to appeal *in forma pauperis*, then Plaintiff asks for an IFP application to be sent to him.

So notified on this, the 25th day of October, 2015.

_____
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601

NORTHWEST AR P&DF
AR 727 LT
24 NOV 2015 PM

72701+5353

U.S. District Court
35 E. Mountain St.,
Room 510
Fayetteville, AR 72701

Received WD/AR
NOV 25 2015
U.S. Clerk's Office