# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

December 08, 2015

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR 72601

RE: 15-2880 David Stebbins v. Boone County, AR, et al

Dear Mr. Stebbins:

This office has received certified copies of an amended notice of appeal and docket entries from the Clerk of the United States District Court. We have filed the amended notice of appeal in the above case docketed in this court on August 26, 2015.

Michael E. Gans
Clerk of Court

BNS

Enclosure(s)

cc: Mr. Jason E Owens
    Mr. Geoffrey Thompson
    Mr. Douglas F. Young

District Court/Agency Case Number(s): 3:12-cv-03022-TLB