# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DAVID STEBBINS                                                          APPELLANT

VS.                                       NO. : 15-2880

BOONE COUNTY ARKANSAS, ET AL.                                           APPELLEES

## APPELLEES' MOTION FOR EXTENSION OF TIME

Come now the Appellees, and for their Motion for Extension of Time to file Appellees' Principal Brief, do state:

1.  The deadline for filing Appellees' Brief is currently set for December 21, 2015.

2.  Due to extensive litigation and attendant travel commitments, the undersigned counsel has been unable to complete the Appellees' Brief to date and the Appellees respectfully requests a brief extension of ten (10) days, until and including December 31, 2015.

3.  This motion for extension is not intended for purposes of harassment nor delay and neither party will be prejudiced by the requested extension.

Wherefore, the Appellees respectfully requests an extension of ten (10) days, until and including December 31, 2015, in which to file their Brief.

                        Respectfully submitted,

                        BOONE COUNTY, ARKANSAS, and SHERIFF
                        DANNY HICKMAN Boone County, Arkansas,
                        Appellees

                        RAINWATER, HOLT & SEXTON, P.A.
                        P.O. Box 17250
                        801 Technology Drive
                        Little Rock, Arkansas  72222-7250
                        Telephone (501) 868-2500
                        Telefax (501) 868-2505
                        email: owens@rainfirm.com

By:     /s/ Jason E. Owens
                        Michael R. Rainwater, #79234
                        Jason E. Owens, # 2003003

# CERTIFICATE OF SERVICE

       I hereby certify that on December 21, 2015, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system, and I mailed the document by United States Postal Service to the following non CM/ECF participants:

Mr. David Stebbins
123 W. Ridge St., Apt. D
Harrison, AR 72601

                                        /s/ Jason E. Owens
                                      Jason E. Owens
                                      Attorney for Appellees
                                      RAINWATER, HOLT & SEXTON, P.A.
                                      P.O. Box 17250
                                      801 Technology Drive
                                      Little Rock, Arkansas 72222-7250
                                      Telephone (501) 868-2500
                                      Telefax (501) 868-2505
                                      email: owens@rainfirm.com