No: 15-2880

David Anthony Stebbins

Appellant

v.

Boone County, Arkansas and Sheriff Danny Hickman

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)

_____

**ORDER**

Appellees' motion for extension of time to file the brief is granted. Appellees may have until December 31, 2015 to file the brief.

December 21, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans