15-2880  David Stebbins v. Boone County, AR, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 01/06/2016

**Case Name:**   David Stebbins v. Boone County, AR, et al
**Case Number:**  15-2880

**Docket Text:**
[4353168] [15-2880] Paper copies Appellee/Respondent brief, [4351773-2] filed by Boone County and Danny Hickman 10 copies paper copies received.
**Reply brief of David Anthony Stebbins due 01/07/2016** [4353168] [15-2880]--[Edited - setting reply brief deadline 01/06/2016 by JMM]

**The following document(s) are associated with this transaction:**
Document Description:  html notice of docket activity (generated 01/06/2016 13:33:51)
Document Description:  plain text notice of docket activity (generated 01/06/2016 13:33:51)

**Notice will be mailed to:**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Jason E Owens: owens@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,smilholland@rainfirm.com
Mr. Geoffrey Thompson: thompson@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,Samantha@rainfirm.com