# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

**DAVID STEBBINS**                                                    **PLAINTIFF**

**VS.**                                **CASE NO. 15-2880**

**BOONE COUNTY, AR**                                       **DEFENDANTS**

## MOTION FOR EXTENTION OF TIME TO FILE REPLY BRIEF

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following Motion for this Court to extend the time I have to file my reply brief by up to fourteen (14) days, up to and including January 20.

1. I was told that the Reply Brief's schedule would be held in abeyance while the Appellee's Brief was being approved.

2. For that matter, when the Appellees' submitted their Brief on December 31, even assuming that the time to file the Reply Brief would begin to run at that date, that would still give me until January 13 to file the Brief, according to the Local Rules.

3. Instead, I just got an email saying that the new due date was … later today.

4. I don't even have the Reply Brief finished today! I was expecting to have at least until January 13.

5. Even if I had that little time, I was planning on asking for an extension of time anyway, since you routinely grant those.

6. I therefore ask to be given leave to take until January 20, 2016 to file my reply brief. At the very least, I ask to be given until January 13, the original due date. I simply ***cannot*** finish it within the next two hours.

7. This motion is not being offered for purposes of harassment or delay. It is being filed in good faith.

So requested on this, the 6th day of January, 2015.

  /s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com