# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 15-2880

David Anthony Stebbins

Appellant

v.

Boone County, Arkansas and Sheriff Danny Hickman

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:12-cv-03022-TLB)
_____

**ORDER**

Appellant's motion for extension of time to file the reply brief is granted. Appellant may have until January 20, 2016 to file the brief.

January 06, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans