Dear U.S. Court of Appeals for the Eighth Circuit,

    I previously called you about this, but I decided to write you a letter instead so we can both have written documentation of the transaction. I apologize for abruptly hanging up on you.

    I am David Stebbins, pro se Appellant in Case No. 15-2880, "Stebbins v. Boone County, AR." Around February 2016, it is my understanding that the District Court sent to you a copy of the audio recording of the evidence hearing in the district court case, for the judges to review.

    I never got a cop of the evidence hearing they sent you. All I ever got was a paper statement stating that they were sending it to you.

    Thus, I wish for you to send me a copy of that CD, pursuant to the Freedom of Information Act. Please mail it to the address specified below.

    Please understand that I am not asking you to order the District Court to send me a copy. I want *you* to send me a copy of what *you* have. I want to make sure the District Court did not tamper with the audio recording to make it sound like evidence was presented or omitted than what actually happened.

    Also, please understand that this is public record. If you no longer have the records that were sent to you, that is a violation of the Freedom of Information Act, and a violation of my right, as a citizen, to be able to access public records. As Clerk of the Court, it is your responsibility to ensure that all the records of a proceeding are kept and maintained.

    Thank you, and please respond promptly.

Sincerely,
David Stebbins

*David A. Stebbins* (signature)

123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

**FILED**

JUL 18 2016

MICHAEL GANS
CLERK OF COURT

FAX RECEIVED

JUL 1 8 2016

U.S. COURT OF APPEALS
FOR THE EIGHTH CIRCUIT