# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/18/2016

**Case Name:**  David Stebbins v. Boone County, AR, et al
**Case Number:** 15-2880

**Docket Text:**
DOCUMENT FILED - Appellant filed a request for copy of cdrecord fromt he district court filed by Mr. David Anthony Stebbins.A copy of this document being served 07/18/2016 by nda. Cd copy to be sent. [4427143] [15-2880]

**The following document(s) are associated with this transaction:**
Document Description:  appellants letter/request

**Notice will be mailed to:**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

**Notice will be electronically mailed to:**

Honorable Timothy L. Brooks: Timothy_Brooks@arwd.uscourts.gov,
Erika_Esterbrook@arwd.uscourts.gov, Joe_Hall@arwd.uscourts.gov,
Scott_Bloomberg@arwd.uscourts.gov
Mr. Jason E Owens: owens@rainfirm.com, fonda@rainfirm.com,Miranda@rainfirm.com
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Geoffrey Thompson: thompson@rainfirm.com,
fonda@rainfirm.com,Miranda@rainfirm.com,Samantha@rainfirm.com
Mr. Douglas F. Young: